IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FRED K. SMITH, FRANCES SMITH, JEANNE IRWIN AND JEFFREY SCOTT SMITH, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. A08CA886SS |
| VS. | § § | |
| MICHELIN NORTH AMERICA, INC. | § § | JURY REQUESTED |
| Defendant. | § | |

**NOTICE OF OFFER OF SETTLEMENT PURSUANT
TO SCHEDULING ORDER**

TO THE HONORABLE JUDGE OF SAID COURT:

In accordance with the Court's order requiring the submission of a written offer of settlement, on behalf of Plaintiffs, the Court is advised that a written offer of settlement has been made to the defendants in this case.

Respectfully submitted,

By:   /s/ Justin A. Hill
JUSTIN A. HILL
Texas State Bar No. 24057902
Bank of America Plaza
300 Convent Street, Suite 100
San Antonio, Texas 78205
(210) 527-0500 – Telephone
(210) 527-0501 – Facsimile
Attorney-in-Charge

**OF COUNSEL:**
WATTS GUERRA CRAFT LLP
FRANCISCO GUERRA, IV.
Texas State Bar No. 00796684
MIKAL C. WATTS
Texas State Bar No. 20981820
Hunter Craft
Texas State Bar No. 24012466
Bank of America Plaza
300 Convent Street, Suite 100
San Antonio, Texas 78205
(210) 527-0500 – Telephone
(210) 527-0501 – Facsimile

and

KEEL & NASSOUR, LLP
Jason R. Nassour
State Bar No. 24003713
508 W. 14th Street
Austin, Texas 78701
(512) 480-8693 – Telephone
(512) 480-8170 – Facsimile

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of November 2010 the foregoing was electronically filed with the Clerk of the Court for the U.S. District Court, Western District of Texas, using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Chris A. Blackerby | cblackerby@germer-austin.com |
| Thomas M. Bullion, III | tbullion@germer-austin.com |
| Craig M. Schumacher | cschumacher@subrogatelaw.com |
| N. Scott Carpenter | scarpenter@subrogatelaw.com |
| Jason Nassour | jason@keelnassour.com |
| Debora B. Alsup | Debora.alsup@tklaw.com |
| Elizabeth C. Helm | ehelm@mmmlaw.com |
| Emmalynn E. Karabell | emmalynn.karabell@dlapiper.com |
| James M. Brogan | james.brogan@dlapiper.com |

    /s/ Justin A. Hill
    JUSTIN A. HILL