IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FRED K. SMITH, FRANCES SMITH, <br> JEANNE IRWIN and JEFFREY SCOTT SMITH, <br><br> Plaintiffs, <br><br> VS. <br><br> MICHELIN NORTH AMERICA, INC., <br><br> Defendant. | § § § § § § § § § § § | CIVIL ACTION FILE <br><br> NO. 1:08-cv-00886-SS |

## DEFENDANT MICHELIN NORTH AMERICA, INC.'S NOTICE OF RESPONSE TO INTERVENOR'S OFFER OF SETTLEMENT PURSUANT TO SCHEDULING ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

In accordance with the Court's order requiring defendants to respond, in writing, to the offer of settlement by intervenor, the Court is advised that a written response has been made to the intervenor in this case.

Respectfully submitted,

GERMER GERTZ BEAMAN & BROWN, L.L.P.
301 Congress Avenue, Suite 1700
Austin, Texas 78701
(512) 472-0288 Telephone
(512) 472-0721 Facsimile

By: /s/ Thomas M. Bullion III
    Thomas M. Bullion III
    State Bar No. 03331005
    tbullion@germer-austin.com
    Chris A. Blackerby
    State Bar No. 00787091
    cblackerby@germer-austin.com

ATTORNEYS FOR DEFENDANT
MICHELIN NORTH AMERICA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that, on the 16th day of November, 2010, I caused to be electronically submitted the foregoing document with the clerk of court for the U.S. District Court Western District of Texas, using the electronic case files system of the Court. I hereby certify that I have caused all counsel of record to be electronically served via the Court's CM/ECF system.

Justin A. Hill
Mikal C. Watts
Francisco Guerra, IV
Watts Law Firm, L.L.P.
Bank of America Plaza
300 Convent, Suite 100
San Antonio, Texas 78205

Jason R. Nassour
Keel & Nassour, LLP
508 W. 14th Street
Austin, Texas 78701

N. Scott Carpenter
Craig M. Schumacher
Carpenter Law Firm, P.C.
Parkway Centre IV
2701 North Dallas Parkway, Suite 570
Plano, Texas 75093

/s/ Thomas M. Bullion III
Thomas M. Bullion III/Chris A. Blackerby