IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FRED K. SMITH, FRANCES SMITH, JEANNE IRWIN AND JEFFREY SCOTT SMITH, | §<br>§<br>§<br>§ | |
| *Plaintiffs,* | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. 08 CV886 SS |
| MICHELIN NORTH AMERICA, INC. | §<br>§<br>§ | |
| *Defendant.* | § | |

**JOINT NOTICE OF SETTLEMENT OF CLAIMS AGAINST
DEFENDANT MICHELIN NORTH AMERICA, INC.**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs Fred K. Smith, Frances Smith, Jeanne Irwin, Jeffrey Scott Smith, and Intervenor State Farm Mutual Automobile Insurance Company, as Subrogee of Fred K. Smith and Frances Smith, file this their *Joint Notice of Settlement of Claims Against Defendant Michelin North America, Inc.,* and respectfully informs the Court as follows:

On April 26, 2011, Plaintiffs and Intervenor resolved all of their claims asserted against Defendant Michelin North America, Inc., relating to the incident that occurred on or about August 20, 2008, and resulting injuries made the basis of the subject litigation.

Respectfully submitted,

WATTS GUERRA CRAFT LLP
300 Convent Street, Suite 100
San Antonio, Texas 78205
Telephone: 210.527.0500
Fax: 210.527.0501

By:     /s/ - Justin A. Hill
        JUSTIN A. HILL
        State Bar No. 24057902
        FRANCISCO GUERRA, IV
        State Bar No. 00796684
        MIKAL C. WATTS
        State Bar No. 20981820
ATTORNEYS FOR PLAINTIFFS

*And*

CARPENTER LAW FIRM, P.C.
Parkway Centre IV
2701 North Dallas Parkway, Suite 570
Plano, Texas 75093
Telephone: 972.403.1133

/s/ - Craig M. Schumacher
CRAIG M. SCHUMACHER
N. SCOTT CARPENTER

ATTORNEYS FOR INTERVENOR STATE FARM
MUTUAL INSURANCE COMPANY

<u>**CERTIFICATE OF SERVICE**</u>

This will certify that a true and correct copy of the foregoing document was served on the following attorneys of record on this 27th day of April 2011:

Thomas M. Bullion, III                                   *Via Electronic Filing*
Chris A. Blackerby
GERMER GERTZ BEAMAN & BROWN, L.L.P.
301 Congress Avenue, Suite 1700
Austin, Texas 78701
512.472.0288
*Attorney for Defendant Michelin North America, Inc.*

Elizabeth C. (Kate) Helm                               *Via Electronic Filing*
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street NW, Suite 1700
Atlanta, Georgia 30363
404.322.6000
*Attorney for Defendant Michelin North America, Inc.*

Craig M. Schumacher                                    *Via Electronic Filing*
N. Scott Carpenter
CARPENTER LAW FIRM, P.C.
Parkway Centre IV
2701 North Dallas Parkway, Suite 570
Plano, Texas 75093
972.403.1133
*Attorney for Intervenor State Farm Mutual Insurance Company*

/s/ - Justin A. Hill
JUSTIN A. HILL